UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE EXTENDED STAY, INC., *et al*.,<br><br>　　　　　　　Debtors, | Chapter 11 Case No. 09-13764 (JMP)<br><br>(Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of the Extended Stay Litigation Trust,

HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and

THE EXTENDED STAY LITIGATION TRUST,

　　　　　　　Plaintiffs,

　- against -

THE BLACKSTONE GROUP, L.P., *et al*.,

　　　　　　　Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Adv. Pro. No. 11-02398

Case Nos. 11-05394 and 11-05397

**NOTICE OF APPEARANCE**

　　　PLEASE TAKE NOTICE that the following attorneys provide notice of their appearance for Defendant PGRT ESH, Inc.:

| | |
|---|---|
| HINSHAW & CULBERTSON LLP<br>Edward K. Lenci<br>780 Third Avenue, 4th Floor<br>New York, New York 10017<br>Tel: (212) 471-6200 | BUTLER RUBIN SALTARELLI & BOYD LLP<br>Robert N. Hermes (Admission *pro hac* pending)<br>Andrew D. Shapiro (Admission *pro hac* pending)<br>Vincente A. Tennerelli (Admission *pro hac* pending)<br>70 West Madison Street, Suite 1800<br>Chicago, Illinois 60602<br>Tel.: (312) 444-9660 |

Dated: New York, New York
　　　　September 7, 2011

　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　By: ____/S/ Edward K. Lenci_____
　　　　　　　　　　　　　　　Edward K. Lenci (EL 3207)

　　　　　　　　　　　　780 Third Avenue

130164890v1

New York, New York 10017
Tel.: (212) 471-6212

Case 1:11-cv-05397-SAS   Document 8   Filed 09/07/11   Page 2 of 2