UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
In re:                                          :
                                                :  Chapter 11 Case No.
EXTENDED STAY INC., et al.,                     :  09-13764 (JMP)
                                                :
                   Debtors                      :  (Jointly Administered)
------------------------------------------------------------------ x
WALKER, TRUESDELL, ROTH & ASSOCIATES, as        :
Trustee for and on behalf of the Extended Stay Litigation :
Trust; HOBART TRUESDELL, as Trustee for and on  :  Adv. Pro. No.  11-02254
behalf of the Extended Stay Litigation Trust, and THE :
EXTENDED STAY LITIGATION TRUST,                 :  Case No. 11-cv-05397 (SAS)
                                                :
                   Plaintiffs,                  :
                                                :
-against-                                       :
                                                :
THE BLACKSTONE GROUP, L.P., et al.,             :
                                                :
                   Defendants.                  :
                                                :
------------------------------------------------------------------ x
```

## CORPORATE DISCLOSURE STATEMENT
## FOR THE LIGHTSTONE DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for the

Lightstone Defendants[1] state that:

1.       No corporation holds 10% or more of the equity interests of **The Lightstone Group,**

**LLC**.

2.       No corporation holds 10% or more of the equity interests of **Lightstone Holdings,**

**LLC**.

3.       No corporation holds 10% or more of the equity interests of **Lightstone Commercial**

**Management**.

---

[1] The "Lightstone Defendants" consist of DL-DW Holdings, LLC, Lightstone Holdings, LLC, The Lightstone Group, LLC, Lightstone Commercial Management, BHAC Capital IV, LLC, and Park Avenue Funding, LLC.

4.       No corporation holds 10% or more of the equity interests of **Park Avenue Funding, LLC**.

5.       Lightstone Holdings, LLC and BRE/ESH Holdings, LLC each own 10% or more of the equity interests of **DL-DW Holdings, LLC**.

6.       Arbor ESH II, LLC, Lightstone Holdings, LLC, and Homestead Village, LLC each own 10% or more of the equity interests of **BHAC Capital IV, LLC**.

Dated: New York, New York
       October 5, 2011

By:   /s/  Adina G. Storch
       David M. Friedman (dfriedman@kasowitz.com)
       Christopher P. Johnson (cjohnson@kasowitz.com)
       Robert M. Novick (rnovick@kasowitz.com)
       Adina G. Storch (astorch@kasowitz.com)
       KASOWITZ, BENSON, TORRES &
       FRIEDMAN LLP
       1633 Broadway
       New York, New York 10019
       Tel: (212) 506-1700
       Fax: (212) 506-1800

       *Attorneys for the Lightstone Defendants*