# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re EXTENDED STAY, INC., et al.,
                                         Debtors.

------------------------------------------------------------X

WALKER, TRUESDELL, ROTH & ASSOCIATES,
as Trustee for and on behalf of the Extended Stay
Litigation Trust, HOBART TRUESDELL, as Trustee
for and on behalf of the Extended Stay Litigation
Trust, and THE EXTENDED STAY LITIGATION
TRUST,

                                         Plaintiffs,

                    -against-

THE BLACKSTONE GROUP., L.P., et al.,
                                         Defendants.

------------------------------------------------------------X

WALKER, TRUESDELL, ROTH & ASSOCIATES,
as Trustee for and on behalf of the Extended Stay
Litigation Trust, HOBART TRUESDELL, as Trustee
for and on behalf of the Extended Stay Litigation
Trust, and THE EXTENDED STAY LITIGATION
TRUST,

                                         Plaintiffs,

                    -against-

LIGHTSTONE HOLDINGS, LLC, et al.,
                                         Defendants.

------------------------------------------------------------X

WALKER, TRUESDELL, ROTH & ASSOCIATES,
as Trustee for and on behalf of the Extended Stay
Litigation Trust, HOBART TRUESDELL, as Trustee
for and on behalf of the Extended Stay Litigation
Trust, and THE EXTENDED STAY LITIGATION
TRUST,

                                         Plaintiffs,

                    -against-

THE BLACKSTONE GROUP., L.P., et al.,
                                         Defendants.

------------------------------------------------------------X

WALKER, TRUESDELL, ROTH & ASSOCIATES,
as Trustee for and on behalf of the Extended Stay

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/15/11_

11 **CIVIL** 5394 (SAS)

## JUDGMENT

11 **CIVIL** 5395 (SAS)

11 **CIVIL** 5396 (SAS)

Litigation Trust, HOBART TRUESDELL, as Trustee
for and on behalf of the Extended Stay Litigation
Trust, and THE EXTENDED STAY LITIGATION
TRUST,

               Plaintiffs,               11 **CIVIL** 5397 (SAS)

    -against-

THE BLACKSTONE GROUP., L.P., et al.,
               Defendants.
----------------------------------------------------------X
WALKER, TRUESDELL, ROTH & ASSOCIATES,
as Trustee for and on behalf of the Extended Stay
Litigation Trust, HOBART TRUESDELL, as Trustee
for and on behalf of the Extended Stay Litigation
Trust, and THE EXTENDED STAY LITIGATION
TRUST,

               Plaintiffs,               11 **CIVIL** 5864 (SAS)

    -against-

ARCHON GROUP, L.P., individually and as
servicer, et al.,
               Defendants.
----------------------------------------------------------X

      Plaintiffs in the above-captioned action having moved for withdrawal of the reference, and

the matter having come before the Honorable Shira A. Scheindlin, United States District Judge, and

the Court, on November 10, 2011, having rendered its Opinion and Order denying plaintiffs'

motions to withdraw the reference, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated November 10, 2011, plaintiffs' motions to withdraw the reference

are denied; accordingly, the cases are closed.

**Dated:** New York, New York
       November 15, 2011               **RUBY J. KRAJICK**

                                              **Clerk of Court**

                BY:

                                              **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____